**Order entered November 28, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00957-CV**

**NEAL YANOFSKY, Appellant**

**V.**

**BUFF CITY SOAP INVESTCO, LLC, MICHAEL SUTTON AND GUIDEBOAT CAPITAL PARTNERS, LLC, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-09871**

**ORDER**

We **REINSTATE** this appeal which we abated to allow the trial court an opportunity to determine the parties' September 20, 2022 motion seeking to have the date of the judgment corrected from August 25, 2021 to August 25, 2022, the date the judgment was allegedly signed. The trial court's online docket reflects the trial court granted the motion on November 7, 2022. However, the ordered supplemental clerk's record containing a copy of the order, any nunc pro tunc judgment, and the trial court's docket sheet has not yet been filed. Accordingly,

we **ORDER** Dallas County District Clerk Felicia Pitre to file the supplemental clerk's record **no later than December 5, 2022**.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Gena Slaughter, Presiding Judge of the 191st Judicial District Court; Ms. Pitre; and, the parties.

/s/     BONNIE LEE GOLDSTEIN
         JUSTICE